*(Rev. 4/19/24)*

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 2 5 2026

BY:_____ DANIEL J. McCOY, CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

Sparkle Myles
_____
Plaintiff

Civil No.

VS.

USA Delansk
_____
Defendant

Judge
Magistrate Judge

## COMPLAINT
### UNDER SECTION 706(f) OF THE CIVIL RIGHTS ACT OF 1964

A. Describe in your own words the employment practices about which you are complaining, identifying the persons, companies, unions, agencies or bodies you say have engaged in such practices. Attach an additional sheet, if necessary.

SM

B. Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices? Yes ☑     No ☐

C. Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges? Yes ☑ No ☐

If "Yes," attach a copy of such letter and notice, and state when you received same.

Date received: 2/14/26

D. Have you received from the EEOC a copy of its determination with regard to your charges?
Yes ☐    No ☑

If "Yes," attach a copy of such determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why:

_____

E. Give any other information you desire to disclose which supports your claim of discriminatory employment practices.

SM

Page **1** of **2**

*(Rev. 4/19/24)*

F.  Under penalty of perjury, I declare that the information given in this complaint is true and correct.

Date: 3/25/26

_____

_Saulla Myles_
(Signature)

703 Fall St &
(Street Address or P.O. Box)

_____     Lake Charles (G 7060/
(Witness)                                                    (City)                    (State)        (Zip Code)

                                                             225  - 280      0858
_____     _____
(Witness)                                                    (Area Code)         (Telephone Number)

Page 2 of 2

on or about May 5, 2025 I was terminated from USA Debusk Id been employed since Aug 2025 on the mobile crew out of deer Park tx. I was in charge of the van so if anyone needed to go shopping or wash clothes as well as myself we used the van once a new crew came they gave the responsibility to rufus sercil he did not comply with how van was to be used the van was returned to me next day (fast forward) he tried to take me out I declined so when he was made to give the keys back he was mad for one he stated I was only a tech he had a cdl and been with the company from there he started calling office with all kinds of accusations of me going home & things so after a lot of both of us calling office they did a lay off everyone was re assigned but me so I said well I need my pink slip so I can get workforce to help me get a cdl mrs Kim I think her name was stated oh thats Job aban donment you are a full time employee I said I know but ya'll not working me she said there is plenty of work then she sent a letter where I could go to school but that they knew I was still fully employed so once I seen everyone else started work and I was getting the run around I talk to HR explained I felt due to Rufus trying to get in my pants I was let go they said No you are employed so after that they asked

basically since I was trying to figure out basically was I staying or going I told them Id be in touch a few days later I said Id stay may 2 days after I was terminated and never even talk to about rufus advancements since that time they now give multiple other reasons what none are true 1st they said I took van home that against policy then they said I refused a job but they never sent me a message or received a refusal from me so they are doing a lot of covering up and the fact that Rufus in now in jail on sexual misconduct of children under 13 even further shows I was telling the truth and because of that I was let go then they claim I could be rehired but when I was rehired once I did background they said I was flagged not be hired I feel this was retaliation I was without a job borrowing to survive and have been confused of how to report anything now thats unsafe for fear of losing my job USA delask failed me in a major way I just want Justice

Mrs Sprinkle Myes